## 10057

### PIGLER v. PIGLER *ET AL.*

(96 S. E. 991.)

Before SEASE, J., Spartanburg, —— term, ——. Affirmed.

Action by J. W. S. Pigler, as executor of the will of W. H. Pigler, deceased, against G. W. Pigler and others. From an adverse judgment, plaintiff appeals.

*Mr. C. P. Sims,* for appellants.

*Messrs. Sanders & DePass,* for respondents.

July 23, 1918.

The opinion of the Court was delivered by MR. JUSTICE GAGE.

This appeal is from a judgment entered upon a jury's verdict, whereby the jury found against a paper proposed as the will of W. H. Pigler. The verdict was: (1) That the

paper propounded was not the will of Pigler; (2) that the paper was not signed in the presence of three witnesses; and (3) that the testator did not have mental capacity to make a will.

There are three exceptions, two of them to the competency of testimony of G. W. Pigler, and one to the charge of the Court.   A brief of the testimony is not printed in the case, and we, therefore, have no way to judge of its competency.   Only a short section of the charge is printed; but that much of it is in accord with our decisions.   See *Ex parte McKie,* 107 S. C. 72, 91 S. E. 978.

The judgment is affirmed.